IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 07-05784 |
|---|---|
| MIGUEL ENRIQUE ROSARIO DIAZ | CHAPTER 13 |
| DEBTORS | |

**MOTION TO AMEND CONFIRMED PLAN**
**UNDER SECTION 1329 OF THE BANKRUPTCY COURT**

TO THE HONORABLE COURT:

COMES NOW, debtors through the undersigned attorney and respectfully ALLEGES, and PRAYS:

1. Due to unexpected expenses, debtor has become in arrears with his direct mortgage payments.

2. Debtor is requesting a re-financement of the mortgage loan, in order to cover the new post petitions arrears.

3. The amended plan dated 8-16-11 will reflect the new payment plan and the amount paid to the mortgage bank by the Trustee.

WHEREFORE, it is respectfully requested from this Honorable Court to accept this post-confirmation modification, and provide any other remedy it may deem appropriate.

RESPECTFULLY SUBMITTED in San Juan, PR this August 17 , 2011.

**NOTICE**

**"Parties in interest are notified they have twenty five (25) days to reject a proposed modification of a plan and request a hearing. Absent good cause, untimely rejection shall be denied".**

I HEREBY CERTIFY: On this August 17 , 2011, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the Trustee and to all the participants of the CM / ECF program; and by regular mail to all parties as per master address list attached.

/s/ Agnes T. Emanuelli Rivera
USDC #210810
Attorney for Debtor
Miguel Enrique Rosario Díaz
MSC 409, 138 W. Churchill Ave.
San Juan PR 00926-6013
Tel. 787-778-8331
atelaw@centennialpr.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                             Case No. **07-05784**

**ROSARIO DIAZ, MIGUEL ENRIQUE**                   Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **8/17/2011**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **14** = $ **3,500.00**
$ **0.00** x **2** = $ **0.00**
  x **250.00** **44** = $ **11,000.00**
$_____ x_____ = $_____
$_____ x_____ = $_____

TOTAL: $ **14,500.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $ **14,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,750.00**

Signed: **/s/ MIGUEL ENRIQUE ROSARIO DIAZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Popular Mortgage***   Cr. **Popular Mortgage***   Cr. _____
# **Pre Petition**          # **Post Petition**         # _____
$ **4,486.74**              $ **2,582.66**              $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Cooperativa AEE**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Popular Mortgage**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) HACIENDA DE PR
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Trustee to pay attorney fees prior than any creditor. Debtor agrees to the voluntary lift of stay in favor of Baxter Credit Union. *** Amount already paid to Popular Mortgage through the plan.**

Attorney for Debtor **Agnes Emanuelli Law Firm**                         Phone: **(787) 778-8331**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 07-05784-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Aug 17 15:34:21 AST 2011 | BAXTER CREDIT UNION<br>PO BOX 195596<br>SAN JUAN, PR 00919-5596 | BPPR AS SERVICING AGENT OF POPULAR MORTGAGE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| COOP A/C EMPLEADOS AEE<br>PO BOX 9061<br>SAN JUAN, PR 00908-0061 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| SANTANDER FINANCIAL SERVICES d/b/a ISLAND FI<br>BIGAS & RIVERA BUJOSA LAW OFFICES<br>PO BOX 7011<br>PONCE, PR 00732-7011 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | APX Alarm<br>5132 N 300<br>Provo, UT 84604-5817 |
| Anheuser Bush, Inc.<br>One Bush Place<br>St. Louis, MO 63118-1852 | BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO POPULAR PUERTO RICO<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN PR 00902-3593 |
| BPPR<br>PO Box 366818<br>San Juan, PR 00936-6818 | Baxter Credit Union<br>400 N Lakeview Parkway<br>Vernon Hills, IL 60061-1854 | Citifinancial<br>PO Box 71398<br>San Juan, PR 00936 |
| Cooperativa AEE<br>PO Box 9061<br>San Juan, PR 00908-0061 | Departamento De Hacienda<br>Division De Quiebras 424 B<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Department of Treasury<br>Bankruptcy Section (424-B)<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| Frost- Arnett Company<br>PO Box 1022<br>Wixom, MI 48393-1022 | HIMA - San Pablo Bayam?n<br>PO Box 236<br>Bayam?n, PR 00960-0236 | Island Finance<br>PO Box 195369<br>San Juan, PR 00919-5369 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 | Juriscoop Law Firm<br>Villa Blanca<br>50 Acuamarina St.<br>Caguas, PR 00725-1907 | My Kids Doctor<br>319 W Oak St.<br>Kissimmee, FL 34741-4421 |
| NCO Financial Systems Of PR , Inc.<br>PO Box 15618, Dept 33<br>Wilmington, DE 19850-5618 | Orthopedics Associates Of Osceola<br>604 Oak Commons Blvd.<br>Kissimmee, FL 34741-4198 | Osceola County EMS<br>320 N. Beaumont Ave<br>Kissimmee, FL 34741-5125 |
| Osceola Regional Medical Center<br>PO Box 2994<br>San Antonio, TX 78299-2994 | PR ACQUISITIONS, LLC<br>270 Munoz Rivera Ave Suite 400<br>San Juan, PR 00918-1910 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA<br>22313-1432 |

| | | |
|---|---|---|
| R&G Mortgage<br>GPO Box 362394<br>San Juan, PR  00936-2394 | SAI , Inc.<br>2101 Arlington Heights Rd, Suite 150<br>Arlington Heights, IL  60005-4142 | SANTANDER FINANCIAL CORP D/B/A ISLAND FINANC<br>C/O LIGIA RIVERA BUJOSA<br>P O BOX 7011<br>PONCE PR 00732-7011 |
| Sam's<br>PO Box 530942<br>Atlanta, GA  30353-0942 | Sam's<br>PO Box 981064<br>El Paso, TX  79998-1064 | San Jorge Children's Hospital<br>PO Box 6308<br>Lo?za Station<br>San Juan, PR  00914-6308 |
| San Juan MRI & CT<br>1448 Fern?ndez Juncos Avenue<br>Santurce, PR  00909-2655 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Sams Club<br>POB 35480<br>Newark NJ 07193-5480 | AGNES T EMANUELLI RIVERA<br>AGNES EMANUELLI LAW OFFICE<br>138 AVENUE WINSTON CHURCHILL<br>MSC 409<br>SAN JUAN, PR 00926-6023 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MIGUEL ENRIQUE ROSARIO DIAZ<br>VILLAS DE BUENA VISTA<br>G 17 CALLE HERMES<br>BAYAMON, PR 00956-5949 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA  22313-2032

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Baxter Credit Union<br>P.O. Box 195596<br>San Juan, PR 00919-5596 | (d)R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |